UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WALTER ALLBRITTON | CIVIL ACTION |
| VERSUS | NO. 23-1834 |
| TANGIPAHOA PARISH JAIL, ET AL. | SECTION "T"(4) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff Walter Allbritton's 42 U.S.C. § 1983 claims against defendants Tangipahoa Parish Jail, Tangipahoa Parish Sheriff Daniel Edwards, and Tangipahoa Parish President Robbie Miller are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e), § 1915A and, as applicable, 42 U.S.C. § 1997e as frivolous and otherwise for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this 28th day of May, 2024.

**UNITED STATES DISTRICT JUDGE**